AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
*March 12, 2021*
Nathan Ochsner, Clerk of Court

| United States of America | ) |
|---|---|
| v. | ) |
| Damian DURAN<br>DOB: ▮▮▮▮ 1997<br>USC | ) ) ) ) ) |
| *Defendant(s)* | |

Case No. **M-21-0535-M**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **March 11, 2021** in the county of **Hidalgo** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 841 | Possession with intent to distribute 7.5 kilograms of methamphetamine, a Schedule II controlled substance; 40.5 kilograms of cocaine, a Schedule II controlled substance; and 171.5 kilograms of marijuana, a Schedule I controlled substance. |

This criminal complaint is based on these facts:

See "Attachment"

☑ Continued on the attached sheet.

Approved for filing by AUSA Amy L. Greenbaum

/s/ Raul Campos
*Complainant's signature*

Raul Campos, DEA Task Force Officer
*Printed name and title*

Submitted by reliable electronic means, sworn to and attested to telephinically per Fed. R. Cr. P. 4.1, and probable cause found on:

Date: 03/12/2021   7:14am

*Judge's signature*

City and state: McAllen, Texas

Nadia S. Medrano, U.S. Magistrate Judge
*Printed name and title*

ATTACHMENT

In the summer of 2020, DEA agents and task force officers (TFOs) initiated an investigation on a Drug Trafficking Organization operating in the McAllen, Texas area. During the investigation, Agents and TFOs identified a suspected narcotic stash house in Pharr, Texas.

On March 11, 2021, DEA agents, HSI agents, and TFOs conducted surveillance at the suspected stash house and observed an older model Chevrolet Silverado driving in tandem with a white Mercedes C960 drive to 700 West Business 83 lot #104 in San Juan, Texas. HSI agents observed a male subject, later identified as Damian DURAN, exit the Mercedes, retrieve a bag from the trunk of the Mercedes, and walk the bag inside the trailer home. Agents and TFOs maintained surveillance on the trailer and observed DURAN to depart from the location.

A short time later, agents and TFOs observed DURAN return to the trailer home. Agents and TFOs approached the trailer home and asked DURAN for consent to search. DURAN provided agents and TFOs with written consent to his trailer home. Agents and TFOs walked into the trailer and detected a strong odor of marijuana coming from the living room area. DURAN admitted to there being thirty (30) kilograms of cocaine inside one of the rooms. When DURAN opened the door to agents and TFOs, agents and TFOs observed several large rectangular bundles of marijuana, smaller bundles wrapped in gray duct tape, and several vacuumed sealed bags with a white crystal like substance inside a cardboard box.

DEA agents and TFOs transported DURAN and the narcotics to the DEA McAllen District Office and field tested the smaller bundles wrapped in gray duct tape and the sealed bags with a white crystal like substance. The substance in the smaller bundles yielded presumptive positive for cocaine and the substance in one of the baggies containing a crystal like substance yielded presumptive positive for methamphetamine. A total of 171.5 kilograms of marijuana, 7.5 kilograms of methamphetamine, and 40.5 kilograms of cocaine were recovered from the trailer home.

AO 257 (Rev. 6/78)

M-21-0535-M

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☑ COMPLAINT ☐ INFORMATION ☐ INDICTMENT

Name of District Court, and/or Judge/Magistrate Location (City)
Southern District of Texas

United States Courts
Southern District of Texas
FILED
*March 12, 2021*

Nathan Ochsner, Clerk of Court

**OFFENSE CHARGED**
Possession with intent to distribute 7.5 kilograms of methamphetamine, a Schedule II controlled substance; 40.5 kilograms of cocaine, a Schedule II controlled substance; and 171.5 kilograms of marijuana, a Schedule I controlled substance.

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**DEFENDANT - U.S. vs.**
▶ Damian DURAN

Address: 700 W Business 83, Lot 104, San Juan, Texas 78589

Birth Date: 1997 (Optional unless a juvenile)

☑ Male  ☐ Female   ☐ Alien (if applicable)

**Place of Offense**
San Juan, Texas

**U.S.C. Citation**
21 USC 841

### PROCEEDING
Name of Complainant Agency, or Person (& Title, if any)
DEA Task Force Officer Raul Campos

☐ person is awaiting trail in other Federal or State court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
 ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

**DEFENDANT**
**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction } ☑ Fed'l ☐ State
6) ☐ Awaiting trial on the charges
 If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☑ Yes ☐ No } If "Yes" give date filed 03-11-2021

DATE OF ARREST ▶ 03-12-2021
Or ... if Arresting Agency & Warrant were not Federal
DATE TRANSFERRED TO U.S. CUSTODY ▶

Name and Office of Person Furnishing Information on THIS FORM: TFO Raul Campos
☐ U.S. Att'y  ☐ Other U.S.

Name of Asst. U.S. Att'y (if assigned): AUSA Amy Greenbaum

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**
M5-20-0097

ADDITIONAL OFFENSE CHARGE: